UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| U.S. LEGAL SUPPORT, INC., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. G-11-100 |
| § | |
| U.S. LEGAL FORMS, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

On March 30, 2012, Plaintiff filed its "Notice of Dismissal Without Prejudice" **(Instrument no. 23).**

**It is, therefore, ORDERED that all claims asserted by Plaintiff, U.S. Legal Support, Inc. against Defendants, U. S. Legal Forms, Inc. and USLEGAL, Inc., are DISMISSED, without prejudice to refiling.**

SIGNED at Houston, Texas this 2nd day of April, 2012.

Kenneth M. Hoyt
United States District Judge